# United States Bankruptcy Court
## Western District of New York

**Voluntary Petition**

*# 22062905*

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>MAYEWSKI, TINA | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br><br>*03-25122* |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>xxx-xx-7747 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>708 JENKINS RD.<br>CHURCHVILLE, NY 14428 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business:<br>MONROE | County of Residence or of the Principal Place of Business: |
| Mailing Addressof Debtor (if different from street address): | Mailing Addressof Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [X] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed**
- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [X] Consumer/Non-Business
- [ ] Business

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C.§101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C.§1121(e)(Optional)

**Filing Fee** (Check one box)
- [X] Full Filing Fee Attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates Only)
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

U.S. BANKRUPTCY COURT WDN.Y.-ROCHESTER
DEC 23 PH 3: 50
FILED

**Estimated Number of Creditors**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 100-over |
|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 2003

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | MAYEWSKI, TINA |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under eachg such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _~Tina M Mayewski~_  12-23-03
  Signature of Debtor            Date

X _____
  Signature of Joint Debtor        Date

_____
Telephone Number (If not represented by an attorney)

**Signature of Attorney**

X _~Kenneth C. Keller~_
  Signature of Attorney for Debtor(s)      Date
           12-23-03

Kenneth C. Keller, Esq.
3225 Chili Avenue
Rochester, NY 14624
(585) 889-9003

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
  Signature of Authorized Individual      Date

  Printed Name of Authorized Individual

  Title of Authorized Individual

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐    Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the named petitioner named in the foregoing petition, declare that I have in formed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United Staes Code, and have explained the relief available under each such chapter.

X _~Kenneth C. Keller~_  12-23-03
  Signature of Attorney for Debtor(s)      Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety.

☐    Yes, and Exhibit C is attached and made a part of this petition.

☒    No

**Signature of Non-Attorney Preparer**

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Preparer:
Social Security Number:
Address:

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this documen, attach additional sheets conforming to the appropriate official form for each person.

X _____
  Signature of Bankruptcy Petition Preparer      Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110, 18 U.S.C. §156.

© 2003

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF NEW YORK

**In Re:**  MAYEWSKI, TINA
xxx-xx-7747

Case No.                    (If Known)

# SUMMARY OF SCHEDULES

| Name of Schedule | Attached (Yes No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | Y | 1 | 0.00 | | |
| B - Personal Property | Y | 3 | 9,080.00 | | |
| C - Property Claimed as Exempt | Y | 1 | | | |
| D - Creditors Holding Secured Claims | Y | 1 | | 15,616.00 | |
| E - Creditors Holding Unsecured Priority Claims | Y | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Y | 2 | | 10,197.00 | |
| G - Executory Contracts and Unexpired Leases | Y | 1 | | | |
| H - Codebtors | Y | 1 | | | |
| I - Current Income of Debtor(s) | Y | 1 | | | 1,333.62 |
| J - Current Expenditures of Debtor(s) | Y | 1 | | | 2,093.00 |
| Total Number of Sheets of All Schedules | | 14 | | | |
| Total Assets | | | 9,080.00 | | |
| Total Liabilities | | | | 25,813.00 | |

© 2003

### SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Total Schedule A -> | 0.00 | |

© 2003

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | MARKET VALUE OF DEBTOR'S PROPERTY |
|---|---|---|---|---|
| 1. Cash on hand. | | residence | | 40.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and home - stead associations, or credit unions, brokerage house, or cooperatives. | | Bank of Castile checking Acct#3888<br>ES&L FCU checking Acct#9419 | | 140.00<br>100.00 |
| 3. Security deposits with public util- ities, telephone companies, land- lords, and others. | X | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | residence | | 1,250.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections and collectibles. | | residence | | 60.00 |
| 6. Wearing apparel. | | residence | | 500.00 |
| 7. Furs and jewelry. | | residence | | 40.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

© 2003

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | MARKET VALUE OF DEBTOR'S PROPERTY |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keough, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers excercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

| | TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | MARKET VALUE OF DEBTOR'S PROPERTY |
|---|---|---|---|---|---|
| 20. | Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. | Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. | Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. | Automobiles, trucks, trailers, and other vehicles and accessories. | | 1998 Plymouth Voyager Van<br>1996 Ford Escort | | 4,700.00<br>2,250.00 |
| 24. | Boats, motors, and accessories. | X | | | |
| 25. | Aircraft and accessories. | X | | | |
| 26. | Office equipment, furnishings, and supplies. | X | | | |
| 27. | Machinery, fixtures, equipment, and supplies. | X | | | |
| 28. | Inventory. | X | | | |
| 29. | Animals. | X | | | |
| 30. | Crops. Give particulars. | X | | | |
| 31. | Farming equipment and implements. | X | | | |
| 32. | Farm supplies, chemicals and feed. | X | | | |
| 33. | Other personal property. | X | | | |

Total Schedule B -> 9,080.00

**In Re:**  MAYEWSKI, TINA
xxx-xx-7747

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled to under 11 U.S.C. §522(b)(2).

| DESCRIPTION OF PROPERTY | LAW PROVIDING EXEMPTION | VALUE OF CLAIMED EXEMPTION | MARKET VALUE OF PROPERTY |
|---|---|---|---|
| Cash on hand | D&C Law §283 | 280.00 | 280.00 |
| Household goods and furnishings | CPLR §5205 | 1,310.00 | 1,310.00 |
| Wearing Apparel | CPLR §5205 | 540.00 | 540.00 |
| 1996 Ford escort | D&C §282(1) | 2,400.00 | 2,250.00 |
| anticipated 2003 income tax refund | D&C Law §283 | unk. | unk. |

© 2003

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | HWJC | DATE CLAIM WAS INCURRED NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TIO LIEN | CUD | AMOUNT OF CLAIM W/O DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| ACCT. NO.  3186<br>Household Auto Finance<br>PO Box 17548<br>Baltimore, MD 21297-1548 | X | J | Nov-01<br>UCC-1<br>1998 Plymouth Voyager Van<br>4,700.00 | | 9,000.00 | 4,300.00 |
| ACCT. NO.  6/232<br>Upstate Milk Employees FCU<br>90 Anderson Rd.<br>Cheektowaga, NY 14225 | | | Aug-96<br>UCC-1<br>mobile home<br>6,000.00 | | 6,616.00 | 616.00 |
| ACCT. NO. | | | | | | |
| ACCT. NO. | | | | | | |
| ACCT. NO. | | | | | | |
| ACCT. NO. | | | | | | |

Total Schedule D -> 15,616.00

© 2003

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

[X]  Check this box if debtor has NO creditors holding unsecured priority claims to report on Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed.

[ ]  **Extensions of Credit in an Involuntary Case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief, 11 U.S.C. §507(a)(2).

[ ]  **Wages, Salaries, and Commissions**
Wages, salaries, and commissions, including vacation, severance and sick leave pay owing to employees and commissions owing to qualifying sales representatives up to $4000* per person earned within 90 days immediately preceeding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. §507(a)(3).

[ ]  **Contributions to Employee Benefit Plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceeding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. §507(a)(4).

[ ]  **Certain Farmers and Fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4000* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(5).

[ ]  **Deposits by Individuals**
Claims of individuals up to a maximum of $1800* for deposits for the purchase, lease, or rental of property or services for personal, family or household use that were not delivered or provided.  11 U.S.C. 507(a)(6).

[ ]  **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. §507(a)(7).

[ ]  **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. 507(a)(7).

[ ]  **Committments to Maintain the Capital of an Insured Depository Institution**
Claims based on committments to the FDC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. §507(a)(9).

* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

© 2003

**In Re:** MAYEWSKI, TINA            Case No.

xxx-xx-7747                                                  (If Known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an"H", "W", "J", or "C" in the column labeled "Hisband, Wife, Joint or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report all cliams listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO D E B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C | U | D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT. NO. 7844 | | | | | | | |
| Charter One Auto Finance 228 East Main St., suite 300 Rochester, NY 14604 | | | through 6/2002 auto loan deficiency (repossession) | | | | 8,000.00 |
| ACCT. NO. | | | | | | | |
| Gary Mayewski 708 Jenkins Rd. Churchvile, NY 14428 | E | | co-debtor | | | | unk. |
| ACCT. NO. BU06 | | | | | | | |
| Rural Metro Ambulance 481 William Gaiter Parkway Buffalo, NY 14215 | E | | Feb-03 medical expenses | | | | 113.00 |
| ACCT. NO. 5704 | | | | | | | |
| Medina Memorial Hospital PO Box 150 Medina, NY 14103-0150 | | | Feb-03 medical expenses | | | | 256.00 |

                                            Total this page ->     8,369.00

1 continuation sheets attached                   Total Schedule F ->     see next page

(Report total also on Summary of Schedules)             © 2003

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C | U | D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT. NO. | X | J | | | | | |
| Town & Country Mobile Home Park attn. Kathy S. Scarlata 5839 Chili Ave. Churchville, NY 14428 | | | through 10/2003 past due lot fee | | | | 1,828.00 |
| ACCT. NO. | | | | | | | |
| Walter Marvin 5839 Chili Ave., Lot No. C-3 Churchville, NY 14428 | | | co-debtor | | | | unk. |
| ACCT. NO. | | | | | | | |
| | | | | | | | |
| ACCT. NO. | | | | | | | |
| | | | | | | | |
| ACCT. NO. | | | | | | | |
| | | | | | | | |
| ACCT. NO. | | | | | | | |
| | | | | | | | |
| ACCT. NO. | | | | | | | |
| | | | | | | | |

Total this page -> 1,828.00

Total Schedule F -> 10,197.00

(Report total also on Summary of Schedules) © 2003

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NON-RESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 1.   Town & Country Mobile Home Park<br>5839 Chili ave.<br>Churchville, NY 14428 | contract for rental of property mobile home rests on<br>DEBTOR SPECIFICALLY REJECTS THIS CONTRACT |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

© 2003

**In Re:** MAYEWSKI, TINA
xxx-xx-7747

Case No.

(If Known)

## SCHEDULE H - CODEBTORS

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 1.  Gary Mayewski<br>708 Jenkins Rd.<br>Churchville, NY 14428 | Household Auto Finance<br>PO Box 17548<br>Baltimore, MD 21297-1548 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |

© 2003

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| separated | Elizabeth Rosalee Marvin | 4.5 | daughter |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation: | customer service | |
| Employer: | ADT Security Services | |
| Address: | 14200 East exposition Ave. Aurora, IL 80012 | |
| Length of employ: | 3 years | |

**Income:** (Estimate of monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | 1,735.47 | |
| Estimated monthly overtime | 0.00 | 0.00 |
| SUBTOTAL | 1,735.47 | 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Federal income tax withheld | 208.93 | 0.00 |
| b. State income tax withheld | 63.76 | 0.00 |
| c. FICA | 102.60 | 0.00 |
| d. Medicare | 23.98 | |
| e. NYS Dbl | 2.58 | |
| f. Insurance | | |
| g. Union dues | | |
| h. Other | 0.00 | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | 401.85 | 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | 1,333.62 | 0.00 |
| | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | | |
| Income from real property | | |
| Interest and dividends | | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of the dependents listed above | 0.00 | |
| Social security or other government assisstance (Specify) | | |
| Pension or retirement income | | |
| Other monthly income (Specify) | | |
| TOTAL MONTHLY INCOME | 1,333.62 | 0.00 |
| | | |
| TOTAL COMBINED MONTHLY INCOME | 1,333.62 | |

Describe any increase or decrease of more than 10% in any of the above anticipated in the year following filing this document.

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. If so, list spouse's expendituress separately.

| | DEBTOR | SPOUSE | |
|---|---|---|---|
| Rent/Mortgage Payment | 657.00 | | |
| Real Property Taxes | 0.00 | | |
| Homeowners Insurance | 0.00 | | |
| Utilities | 190.00 | | |
| Water and Sewer | 0.00 | | |
| Trash Collection | 0.00 | | |
| Home Maintenance | 0.00 | | |
| Cable TV | 0.00 | | |
| Telephone | 110.00 | | |
| Groceries and other consumables | 322.00 | | |
| Children's Allowance | 0.00 | | |
| Cigarettes | 0.00 | | |
| Child Care | 0.00 | | |
| Child Support, Maintenance Payable | 0.00 | | |
| Lunches at Work/School | 43.00 | | |
| Gas & Oil (auto) | 120.00 | | |
| Auto Maintenance | 0.00 | | |
| Auto Insurance | 40.00 | | |
| Health Insurance | 0.00 | | |
| Life Insurance | 0.00 | | |
| Tenant's Insurance | 0.00 | | |
| Clothing | 40.00 | | |
| Laundry and Dry Cleaning | 15.00 | | |
| Tuition | 0.00 | | |
| Recreation/Children's Activities | 108.00 | | |
| Gifts | 10.00 | | |
| Pharmaceutical, Uninsured Meds | 0.00 | | |
| Newspapers, Magazines, etc. | 5.00 | | |
| Charities | 0.00 | | |
| Haircuts | 10.00 | | |
| Taxes (not deducted from wages) | 0.00 | | |
| 1998 Plymouth Van | 373.00 | | |
| Reserve for Auto/Appliance Replacement | + 50.00 | | |
| TOTAL LIVING EXPENSES: | $ 2,093.00 | 0.00 | 2,093.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)

The interval for payments into the plan will be:

| | | | |
|---|---|---|---|
| A. | Total projected monthly income | $ | |
| B. | Total projected monthly expenses | | |
| C. | Excess income (a minus B) | - | |
| D. | Total amount to be paid into plan each interval | $ | |

© 2003

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting o 15 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Signature and date: _Tina M Mayewski_

Debtor 12 23 03

Signature and date: _____

Joint Debtor (if any)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or or partnership) named as the debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 15 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Signature and date: _____

(Print or type name of person signing on behalf of debtor.)

(Position or relationship to debtor)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

*Penalty for making a false statement or concealing property: Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571*

© 2003

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

    *a.  Property to Be Surrendered.*

    **Description of property**                          **Creditor's name**
    5839 Chili Ave. Mobile Home                 Upstate Milk Employees FCU

    *b.  Property to Be Retained*

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. §722 | Debt will be reaffirmed pursuant to 11 U.S.C. §524(c) |
|---|---|---|---|---|
| 1998 Plymouth Van | Household Auto Finance | | | X |
| 19096 Ford Escort | N/A | X | | |

Date: _____

                          *Signature of Debtor*
                          12-23-03

Date: _____

                          Signature of Joint Debtor

---

**CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. §110)**
     I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer       Social Security Number

_____

_____
Address

Names and social security numbers of all other individuals who prepared or assisted ipreparing this document.

If more than one person prepared this document, attach additional sheets conforming to th appropriate Official Form for each person.

X_____          _____
     Signature of Bankruptcy Preparer                   Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §156.*          © 2003

# UNITED STATES BANKRUPTCY COURT     WESTERN DISTRICT OF NEW YORK

**In Re:**
MAYEWSKI, TINA
xxx-xx-7747

Case No.      (If Known)

**STATEMENT OF FINANCIAL AFFAIRS**

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer or self employed professional should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. **Each question must be answered. If the answer to any question is "None" or the question is not applicable, mark the box labeled "None".** If additional space is needed for the answer to any question attach a separate sheet properly identified with the case name, case number and the number of the question.

DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or a partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or a person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self employed.

*"Insider."* The term "insider" includes but is not limited to relatives of the debtor, general partners of the debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C.. §101(30).

---

☐ None    **1. Income from Employment or Operation of Business:** State the gross amount of income the debtor has received from employment, trade profession or from the operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state inccome for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | YTD | LAST YEAR | 2 YEARS AGO | SOURCE |
|---|---|---|---|---|
| Petitioner: | $19,432 | $22,750 | $22,000 | Wages |
| Joint Petitioner (if any): |  |  |  | Wages |

---

☒ None    **2. Income Other than from Employment or Operation of Business:** State the amount of income received other than from employment, trade, profession or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | YTD | LAST YEAR | 2 YEARS AGO | SOURCE |
|---|---|---|---|---|
| Petitioner: |  |  |  | Wages |
| Joint Petitioner (if any): |  |  |  | Wages |

---

☒ None    **3. Payments to Creditors:** a. List all payments on loans, installment purchases of goods or services, and other debts aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must state payments by each spouse whether or

© 2003

# UNITED STATES BANKRUPTCY COURT

**In Re:**
MAYEWSKI, TINA
xxx-xx-7747

Case No.          (If Known)

**STATEMENT OF FINANCIAL AFFAIRS**

not a joint petition is filed.)

| CREDITOR | DATE | PAYMENT | BALANCE |
|----------|------|---------|---------|

[X] None    b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are/were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by each spouse whether or not a joint petition was filed unless the spouses are separated and a joint petition is not filed.)

| CREDITOR | DATE | PAYMENT | BALANCE |
|----------|------|---------|---------|

[ ] None    **4. Suits, Executions, Garnishments and Attachments:** a. List all suits to which the debtor is or was a party within the **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing chapter 12 or chapter 13 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION/CASE NO. | NATURE | COURT | STATUS |
|------------------|--------|-------|--------|
| Town & Country Mobile Home Park v. | | | |
| Walter Marvin & Tina Mayewski | Judgment | Small Claims, Town of Riga | |
| Charter One Auto Fin. V. Tina Mayewski | def. Jdgmt. | unk. | |

[X] None    b. Describe all property that has been attached, garnished, or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BENEFICIARY OF SEIZURE | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY SEIZED |
|---|---|---|

[X] None    **5. Repossessions, Foreclosures and Returns:** List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** preceding the commencement of this case. (Married debtors filing chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADRESS OF SELLER | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY SEIZED |
|---|---|---|
| Charter One Auto Finance | 06/01/02 | 1996 Hyundai Elantra $8000 |

© 2003

# UNITED STATES BANKRUPTCY COURT

**In Re:**                                              Case No.                    (If Known)
MAYEWSKI, TINA
xxx-xx-7747                                    **STATEMENT OF FINANCIAL AFFAIRS**

[X] None    **6. Assignments and Receiverships:** a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are sep- ARATED and a joint petition is not filed.) Give NAME AND ADDRESS OF ASSIGNEE, DATE OF ASSIGNMENT and TERMS OF ASSIGNMENT OR SETTLEMENT.

ASSIGNEE                          DATE          TERMS

[X] None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are sep- arated and a joint petition is not filed.) Give NAME AND ADDRESS OF CUSTODIAN, NAME AND LOCATION OF COURT, CASE TITLE & NUMBER, DATE OF ORDER, and DESCRIPTION AND VALUE OF PROPERTY.

CUSTODIAN          COURT          CASE          NUMBER          PROPERTY          VALUE

[X] None    **7. Gifts:** List all gifts and charitable contributions made within **one year** immediately preceding the filing of THIS case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family mem- ber and charitable contributions aggregating less than $100 per recipient. (Married debtors filing chapter 12 or chapter 13 must include gifts and charitable contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME AND ADDRESS OF PERSON OR ORGANIZATION, RELATIONSHIP TO DEBTOR, IF ANY, DATE OF GIFT, and DESCRIPTION AND VALUE OF GIFT.

DONEE                RELATIONSHIP          DATE          GIFT          VALUE

[X] None    **8. Losses:** List all losses from fire, theft, other casualty or gambling within **one year** immediately preced- ing the filing of this case **or since the commencement of this case.** (Married debtors filing chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give DESCRIPTION AND VALUE OF PROPERTY, DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS and DATE OF LOSS.

PROPERTY          VALUE          DATE          CIRCUMSTANCES

[ ] None    **9. Payments Related to Debt Counseling or Bankruptcy:** List all payments made or property trans- ferred by or on behalf of the debtor to any persons, including attorneys, for consultations concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the filing of this case. Give NAME AND ADDRESS OF PAYEE, DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN THE DEBTOR

© 2003

# UNITED STATES BANKRUPTCY COURT

**In Re:**
MAYEWSKI, TINA

xxx-xx-7747

Case No.　　　　　(If Known)

**STATEMENT OF FINANCIAL AFFAIRS**

and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY.

| PAYEE | DATE | PAYOR | PROPERTY | VALUE |
|---|---|---|---|---|
| Kenneth C. Keller, Esq. | 11/11/03 | Debtor(s) | | $650 |
| 3225 Chili Avenue, Rochester, NY 14624 | | | | |

[X] None　　**10. Other Transfers:** List all other property, other than property transferred in the ordinary course of business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the filing of this case. (Married debtors filing chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME AND ADDRESS OF TRANS-FEREE RELATIONSHIP TO DEBTOR, DATE, and DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED.

| NAME | RELATIONSHIP | DATE | PROPERTY | VALUE |
|---|---|---|---|---|
| | | | | |

[X] None　　**11. Closed Financial Accounts:** List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) Give NAME AND ADDRESS OF INSTITUTION, TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE and AMOUNT AND DATE OF SALE OR CLOSING.

| BANK NAME/ADDRESS | ACCOUNT TYPE | ACCOUNT NUMBER | FINAL BALANCE | DATE CLOSED |
|---|---|---|---|---|
| | | | | |

[X] None　　**12. Safe Deposit Boxes:** List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed , unless the spouses are separated and a joint petition is not filed.)  GIVE NAME AND ADDRESS OR BANK OR OTHER DEPOSITORY, NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY, DESCRIPTION OF CONTENTS and DATE OF TRANSFER OR SURRENDER, IF ANY.

| BANK NAME/ADDRESS | ACCESS PERSON NAME/ADDRESS | CONTENTS | DATE OF TRANSFER |
|---|---|---|---|
| | | | |

[X] None　　**13. Setoffs:** List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint pet-

© 2003

# UNITED STATES BANKRUPTCY COURT

**In Re:**
MAYEWSKI, TINA
xxx-xx-7747

Case No.          (If Known)

**STATEMENT OF FINANCIAL AFFAIRS**

ition is not filed.)  Give NAME AND ADDRESS OF CREDITOR, DATE OF SETOFF and AMOUNT OF SETOFF.

CREDITOR                                      DATE          AMOUNT

[X] None    **14. Property Held for Another Person:**  List all property owned by another person that the debtor holds or
controls. Give NAME AND ADDRESS OF OWNER, DESCRIPTION & VALUE OF PROPERTY and LOCATION OF PROPERTY.

NAME              PROPERTY                  VALUE          LOCATION

[ ] None    **15. Prior Address of Debtor:**  If the debtor has moved within the two years immediately preceding the com-
mencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commence-
ment of this case.  If a joint petition is filed, report also any separate address of either spouse.  Give ADDRESS, NAME
USED and DATES OF OCCUPANCY.

ADDRESS                                       NAME USED              DATES OF OCCUPANCY
5839 Chili Ave., Lot No. C-3, Churchville, NY   same                 through 7/2003

[X] None    **16. Spouses and Former Spouses:**  If the debtor resides or resided in a community property state, common-
wealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washing-
ton, or Wisconsin) within the **six year period** immediately preceding the commencement of the case, identify the name of
the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information:**  For purposes of this question, the following definitions apply:
"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of
hazardous or toxic substances, wastes or materials into the air, land, soil, surface water, groundwater, or other medium, including,
but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly
owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law.

© 2003

# UNITED STATES BANKRUPTCY COURT

**In Re:**                  Case No.          (If Known)

   MAYEWSKI, TINA
   xxx-xx-7747             **STATEMENT OF FINANCIAL AFFAIRS**

[X] None    a. List the name of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

[X] None    b. List the name and address of every site for which the debtor has provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

[X] None    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

*[If completed by an individual or individual and spouse]*

### UNSWORN STATEMENT UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: 12-23-03         Signature of Debtor: *Tina M Mayew*

Date:                  Signature of Joint Debtor: _____

**Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.**

© 2003

# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF NEW YORK

**In Re:** MAYEWSKI, TINA
xxx-xx-7747

Case No.
(If Known)

**STATEMENT**
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this case.

(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

    (a) for legal services rendered or to be rendered in contemplation of and in connection with this case      $ 650.00

    (b) prior to filing this statement, debtor(s) have paid      $ 650.00

    (c) the unpaid balance due and payable is      $ 0.00

(3) $209.00 of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:

    (a) analysis of the financial situation, and rendering advise and assisstance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.

    (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by this court.

    (c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and      **NONE**

(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and      **NONE**

(7) The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:      **NONE**

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of the undersigned's law firm, any compensation paid or to be paid except as follows: **NONE**

Dated: 12-23-03      Respectfully submitted, _____
*Attorney for Petitioner(s)*

*Attorney's name and address:*      Kenneth C. Keller, Esq., 3225 Chili Avenue, Rochester, NY 14624      © 2003

Household Auto Finance
PO Box 17548
Baltimore, MD 21297-1548


Upstate Milk Employees FCU
90 Anderson Rd.
Cheektowaga, NY 14225


Charter One Auto Finance
228 East Main St., Suite 300
Rochester, NY 14604


Gary Mayewski
708 Jenkins Rd.
Churchville, NY 14428


Rural Metro Ambulance
481 William Gaiter Parkway
Buffalo, NY 14215


Medina Memorial Hospital
PO Box 150
Medina, NY 14103-0150


Town & Country Mobile Home Park
attn. Kathy S. Scarlata
5839 Chili Ave.
Churchville, NY 14428


Walter Marvin
5839 Chili Ave., Lot No. C-3
Churchville, NY 14428